IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

GEORGE EARL CRAWFORD,

  Defendant.

CRIMINAL FILE NO.
1:08-CR-103-TWT

## ORDER

This is a criminal action. It is before the Court on the United States' Motion to Dismiss [Doc. 152] the Defendant's Motion to Vacate Sentence. The Defendant waived his right to collaterally attack his sentence. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The United States' Motion to Dismiss [Doc. 152] is GRANTED.

SO ORDERED, this 5 day of October, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge